*Ordered that copies of this letter be transmitted to AUSA and defense counsel.*

*So ordered.*
*/s/(ARR) USDJ*
*8/7/12*

# BRIANWOOD

340 west 39th street
4th floor
New York, NY 10018
9179237685

10 CR 455

Judge Alleyne Ross
U. S. Federal District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Kevin Donaldson

Dear Judge Ross

I am writing to you on behalf of Kevin Donaldson.
My name is Brian Wood I am a New York City Based artist/designer.
My secondary line B WOOD is currently carried in over 22 boutiques internationally.
I first met Kevin Donaldson in November of 2008.
I had the pleasure of doing business with Kevin, selling my brand to his Atlanta boutique Sole ATL.
My experiences with Kevin were that of honesty, integrity,
As my brand continued to sell at Sole, Kevin and I developed a friendship that was built from a mutual level of admiration and respect towards each other.
Please do not hesitate to contact me via phone or email with any questions or additional information needed.

Sincerely

Brian Wood